**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| TYRONE STRONG,<br>Petitioner,<br>v.<br>KENNETH LIZOTTE,<br>Respondent. | No. 25-CV-13976-DLC |

## ORDER ON PETITION FOR STAY AND ABEYANCE

CABELL, U.S.M.J.

*Pro se* litigant Tyrone Strong, who is confined at MCI-Norfolk has filed a one-page "Petition for Stay and Abeyance," in which he requests a "stay and abeyance on [his] habeas corpus petition to allow [him] to exhaust his unexhausted claims in the appropriate state court." (D. 1 at 1). Strong states that, in reviewing the trial and appellate records of his case, he has "observed three very serious constitutional errors that [have] not been presented or adjudicated by the trial or appellate courts." *Id.* Strong asks that he be "allowed to return back" to the state trial court "to raise the unexhausted claims to satisfy exhaustion requirements." *Id.*

Under the "stay and abeyance" procedure applicable to § 2254 petitions in which some, but not all, claims have been

exhausted at the state level, "a district court might stay the petition and hold it in abeyance while the petitioner returns to state court to exhaust his previously unexhausted claims. Once the petitioner exhausts his state remedies, the district court will lift the stay and allow the petitioner to proceed in federal court." *Rhines v. Weber*, 544 U.S. 269, 275-76 (2005). "[S]tay and abeyance should be available only in limited circumstances." *Id.* at 277. Even where there is "good cause for the petitioner's failure to exhaust his claims first in state court," a district court "would abuse its discretion if it were to grant him a stay when his unexhausted claims are plainly meritless." *Id.*

Here, Strong has not filed an underlying petition § 2254 petition in which he sets forth both the exhausted and unexhausted claims he wishes to raise. In the absence of such a pleading, the Court cannot determine whether his unexhausted claims are potentially meritorious.

Accordingly, the Court directs Strong to file a § 2254 with the exhausted and unexhausted claims he wishes to bring in federal court. Failure to do so within thirty (30) days of the date of this order may result in dismissal of this action by a District Judge. The Clerk shall provide Strong with the appropriate form for a § 2254 petition.

If Strong elects to proceed with this action, he must—in addition to filing a § 2254 petition-pay a $5.00 filing fee or seek leave for a waiver of that fee. The Clerk shall provide Strong with the appropriate form for seeking a fee waiver. If Strong submits that request, he must include "a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Rule 3(a)(2) of the Rules Governing Section 2254 Cases.

So ordered.

/s/ Donald L. Cabell
DONALD L. CABELL, U.S.M.J.

DATED: August 20, 2026